IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JEFFREY RENFROE, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-20-CV-0559-FB |
| § | |
| CGT U.S. LIMITED, § | |
| § | |
| Defendant. § | |

**J U D G M E N T**

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge filed in this case on May 19, 2023 (docket #43) is ACCEPTED such that Defendant's Motion for Summary Judgment (docket #30) is GRANTED and all of Plaintiff's claims and this case are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE